UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-22864-Civ-COOKE/GOODMAN

JUAN COLLINS and JOHN FOWLER,
on behalf of themselves and all others
similarly situated,

      Plaintiff,
v.

QUINCY BIOSCIENCE, LLC,
a Wisconsin limited liability company,

      Defendant.
_____/

### JOINT *EXPEDITED* MOTION TO ESTABLISH BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Juan Collins and John Fowler ("Plaintiffs") and Defendant Quincy Bioscience, LLC ("Quincy") (collectively, the "Parties") move the Court for an expedited order establishing a briefing schedule on Plaintiffs' Motion for Class Certification, [ECF No. 21], and state in support as follows:

1. On September 17, 2019, Plaintiffs moved for class certification. ECF No. 21.

2. Absent an extension, Quincy's opposition to the Motion for Class Certification is due Tuesday, October 1, 2019, and Plaintiffs' reply in support is due Tuesday, October 8, 2019.

3. On September 11, 2019, Plaintiff Collins served 25 requests for production, 18 interrogatories, and 9 requests for admission, for which responses are due on or before Friday, October 11, 2019. Plaintiff Collins also noticed a deposition for Quincy's corporate representative(s) for Monday, October 14, 2019. The Parties have not yet served discovery responses in this action. Quincy anticipates serving written discovery upon Plaintiffs by Friday, September 27, 2019.

4. So that the Parties can complete discovery necessary to complete the briefing on the Motion for Class Certification, the Parties jointly request that the Court enter an order setting forth a briefing schedule as follows:

   a. Quincy shall have until Friday, November 22, 2019 to complete any necessary discovery, including the depositions of Plaintiffs, related to the Motion for Class Certification.

   b. Quincy shall file their opposition to the Motion for Class Certification on or before Friday, December 6, 2019.

   c. Plaintiffs shall have until Friday, January 17, 2020 to complete any necessary discovery to address evidence submitted with Quincy's opposition to the Motion for Class Certification.

   d. Plaintiffs shall file their reply supporting their Motion for Class Certification on or before Friday, January 31, 2020.

5. Pursuant to Local Rule 7.1(a)(3) the Parties certify that they have jointly conferred and have agreed to the relief sought in this Motion, for which good cause exists. This Motion is made in good faith and not for the purposes of delay.

6. Given the upcoming briefing deadlines, the Parties request that the Court enter its Order with respect to the relief requested herein by Friday, September 27, 2019.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter an order establishing the briefing schedule set forth in paragraph 4 above, together with such other and further relief as the Court deems just, equitable and proper. A proposed order accompanies this Motion as **Exhibit A** for the Court's consideration.

Dated: September 25, 2019             Respectfully submitted,

| | |
|---|---|
| By: */s/  Matthew Luzadder* | By: */s/ Adam M. Moskowitz* |
| Matthew Luzadder (FBN:  0011286) | Adam M. Moskowitz, Esq. |
| mluzzader@kelleydrye.com | Florida Bar No. 984280 |
| **KELLEY DRYE & WARREN LLP** | adam@moskowitz-law.com |
| Counsel for Defendant | Howard M. Bushman, Esq. |
| 333 West Wacker Drive | Florida Bar No. 0364230 |
| 26th Floor | howard@moskowitz-law.com |
| Chicago, IL 60606 | Joseph M. Kaye, Esq. |
| Telephone:  (312) 857-7070 | Florida Bar No. 117520 |
| Facsimile:  (312) 857-7095 | joseph@moskowitz-law.com |
| | Curtis E. Osceola, Esq. |
| - and - | Florida Bar No. 1015979 |
| | curtis@moskowitz-law.com |
| **KELLEY DRYE & WARREN LLP** | **THE MOSKOWITZ LAW FIRM, PLLC** |
| | 2 Alhambra Plaza |
| Geoffrey W. Castello (*pro hac vice*) | Suite 601 |
| NJ Attorney ID No. 021091995 | Coral Gables, FL 33134 |
| Glenn T. Graham (*pro hac vice*) | Telephone: (305) 740-1423 |
| NJ Attorney ID No. 013822009 | |
| One Jefferson Road, 2nd Floor | Jack Scarola, Esq. |
| Parsippany, New Jersey 07054 | Florida Bar No. 169440 |
| Telephone:  (973) 503-5900 | jsx@searcylaw.com |
| Facsimile:  (973) 503-5950 | **SEARCY DENNEY SCAROLA BARNHART & SHIPLEY PA** |
| | 2139 Palm Beach Lakes Blvd. |
| Jaclyn M. Metzinger (*pro hac vice*) | West Palm Beach, FL 33409 |
| 101 Park Avenue | Telephone: (561) 686-6300 |
| New York, New York 10178 | Fax: (561) 383-9451 |
| Telephone:  (212) 808-7800 | |
| Facsimile:  (212) 808-7897 | *Counsel for Plaintiffs and the Class* |
| *Attorneys for Defendant* | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, which will serve a copy of this motion on all counsel of record.

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz

-3-