# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| JUAN COLLINS and JOHN FOWLER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>      Defendant. | Case No.: 19-22864-Civ-COOKE/GOODMAN<br><br>**NONPARTY AMAZON.COM, INC.'S DECLARATION OF CUSTODIAN OF RECORDS**<br><br>DWT REF NO.: SUB1003274 |

I, Sara Rawson, hereby declare as follows:

  1.  I am currently employed by Amazon.com, Inc. as a Litigation Paralegal. I am over the age of eighteen and have personal knowledge of the facts set forth herein and am competent to testify with respect to those facts.

  2.  Amazon was served with a subpoena by Plaintiffs Juan Collins and John Fowler ("Plaintiffs") in the above-referenced action on September 12, 2019. Amazon served objections to the subpoena on September 26, 2019.

  3.  Through my position as Litigation Paralegal, I am familiar with Amazon's databases for storing and maintaining customer and sales data.

  4.  Amazon uses Amazon Standard Identification Numbers ("ASINs") to categorize the products sold on Amazon.com. Each product is assigned a unique ASIN and all sellers who sell this product use this ASIN and an associated product listing page to list and sell the product.

  5.  Amazon is able to run queries to identify customers that purchased products on an ASIN-by-ASIN basis.

6.      Post-certification, Amazon also has the ability to collect and send email notice to purchasers of relevant products, if the parties and Amazon reach an agreement regarding the content of the notice, cost, scope, and timing of distribution.

I hereby certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Seattle, Washington this 10th day of December 2019.

_____
SARA RAWSON