UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-22864- COOKE/GOODMAN

JUAN COLLINS and JOHN FOWLER,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

QUINCY BIOSCIENCE, LLC,
a Wisconsin limited liability company

    Defendant.
_____/

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on Defendant Quincy Bioscience, LLC's ("Quincy") Motion for Summary Judgment (the "Motion"). The Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS and ADJUDGES as follows:  Quincy's Motion is Granted.

**DONE and ORDERED** in Chambers, Miami, Florida, this ___ day of _____, 2020.

                                                _____
                                                HONORABLE MARCIA G. COOKE
                                                UNITED STATES DISTRICT COURT JUDGE

cc:    *Honorable Jonathan Goodman, Magistrate Judge*
       *Counsel of Record*