# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY _____AP_____ D.C.

Dec 22, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

December 22, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 20-14492-J
Case Style: Juan Collins, et al v. Steven Helfand
District Court Docket No: 1:19-cv-22864-MGC

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J/caw
Phone #: (404) 335-6183

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-14492-J
_____

JUAN COLLINS,
on behalf of himself and all others similarly
situated,
JOHN FOWLER,

           Plaintiffs - Appellees,

versus

STEVEN F. HELFAND,

           Interested Party - Appellant,

QUINCY BIOSCIENCE, LLC,
a Wisconsin limited liability company,
TRUTH IN ADVERTISING, INC.,

           Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Steven F. Helfand failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in the district court within the time fixed by the rules, effective December 22, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Davina C Burney-Smith, J, Deputy Clerk

FOR THE COURT - BY DIRECTION